UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RECEIVED
11 JAN 14 PM 4:24
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Plaintiff(s),

-v-                                    Case No.

Defendant(s)

## AFFIDAVIT OF INDIGENCY

**(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)**

I, _STEVE JAMES COMBEE_, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 USC § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION: _TITLE VII_
_THE AMERICANS WITH DISABILITIES ACT, THE GENETIC INFORMATION_
_NONDISCRIMINATION ACT, OR THE AGE DISCRIMINATION IN EMPLOYMENT ACT._
_28 U.S.C. §1331_

II. RESIDENCE
   Affiant's address: _3701 HWY 92 EAST APT C_
   (Street)

   _PLANT CITY_                    _FLORIDA_        _33566_
   (City)                          (State)          (Zip Code)

DC 101 (Rev. 1/97)                                          Page 1

III. MARITAL STATUS:
1. Single ☐   Married ☐   Separated ☐   Divorced ☒
2. If married, spouse's full name: _____

IV. DEPENDENTS:
1. Number: 1
2. Relationship to dependent(s): FATHER
3. How much money do you contribute to your dependents' support on a monthly basis? $ 284.00

V. EMPLOYMENT: (Information provided below applies to your present employment or last employment).
1. Name of employer: SPEEDLANE EXPRESS
   a. address of employer: 501 N. COUNTY LINE ROAD (Street)
   PLANT CITY (City)   FLORIDA (State)   - 33565 (Zip)
   b. State how long affiant has been (was) employed by present (or last) employer?
      Years: 1   Months: 1
   c. Income: Monthly $ _____ or Weekly: $ 212.00
   d. What is (was) the affiant's job title? CASHIER
2. If unemployed, date of last employment: AUG 28, 2010
3. Is spouse employed? Yes ☐ No ☐ If so, name of employer: N/A
   a. Income: Monthly $ _____ or Weekly: $ _____
   b. What is spouse's job title? _____
4. Are you and/or your spouse receiving welfare aid? Yes ☐ No ☒
   If so, amount: Monthly $ _____ or Weekly $ _____

VI. FINANCIAL STATUS:
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: DO NOT OWN ANY PROPERTY

b. Full address: _____
      (street)

_____   _____   _____
(City)                       (State)                (Zip)

c. In whose name? _____

d. Estimated value: $ _____

e. Total amount owed: $ _____

   Owed to: _____ for $ _____

              _____ for $ _____

f. Annual income from property: $ _____

2. Other assets/property:

   a. Automobile: Make **97 FORD** Model **TAURUS**
      In whose name registered: **STEVE COMBEE**
      Present value of car: $ **500.00**
      Amount owed: $ **NONE**
      Owed to: _____

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ **NONE**

   c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

      Business, profession, or other forms of self employment: $ **0**

      Rent payments, interest, or dividends: $ **0**
      Pensions, annuities, or life insurance payments $ **0**
      Gifts or inheritances: $ **0**
      Stocks, bonds, or notes: $ **0**
      Other sources: **UNEMPLOYMENT** $ **184.00 (BI-WEEKLY)**

3. Obligations:
   a. Monthly rental on house or apartment: $ **400.00 MONTH**
   b. Monthly mortgage payments on house: $ **NONE**

4. Other information pertinent to affiant's financial debts and obligations:

| (Creditor) | 0 (Total debt) | (Monthly payment) |
| (Creditor) | 0 (Total debt) | (Monthly payment) |
| (Creditor) | 0 (Total debt) | (Monthly payment) |

Other (explain): _____

VII. **FOR PRISONER AFFIANTS ONLY**:
1. Date(s) of incarceration: _____
2. Estimated release or parole date: _____
3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the Affidavit Certificate found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII. ALL AFFIANTS MUST READ AND SIGN

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury of making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

STATE OF FLORIDA
COUNTY OF _Hillsborough_

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS _14_ DAY OF _January_, 20_11_, BY _Steve James Combee_
(Insert name of person acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _Florida Driver License_
(State type of identification)

AS IDENTIFICATION AND WHO (DID ) (DID NOT ) TAKE AN OATH.

_Brenda Johnson_
NOTARY PUBLIC

MY COMMISSION EXPIRES:
_May 18, 2014_

BRENDA JOHNSON
Notary Public - State of Florida
My Comm. Expires May 18, 2014
Commission # DD 985221
Bonded Through National Notary Assn.

## AFFIDAVIT CERTIFICATE
(Prisoner Accounts Only)

**I HEREBY CERTIFY THAT** _____, has the sum of $ _____
(Name of Affiant)

as of _____ On account to his credit at the _____
(date)

institution where he is confined. I further certify that the above named prisoner affiant has the following securities to his credit according to the records of this institution:

_____

_____

_____


_____
**Authorized Officer of Institution**