EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 846-2009-48028 |

Florida Commission On Human Relations and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Steve Combee | (813) 754-5720 | 2/21/1965 |

Street Address: 615 North Wiggins Rd., Lot # 5, Plant City, FL. 33566

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CIRCLE K. STORES, INC. | 500 or More | (813) 910-6813 |

Street Address: 2210 North Park Road, Plant City, FL 33566

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-07-2009    Latest: 06-10-2009
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

## PERSONAL HARM:

7/18-08 - 6/5/09 S.C.

Beginning on or about 04/07/2009, - 06/05/2009, I have been written up by my supervisor, Renee McCorkle, using false allegations of job performance, after I ended a sexual relationship with her in early June 2009. 2008 Ms. McCorkle began to give me low ratings on my evaluations, even though my performance level had not changed. Ms. McCorkle on two occasions after the relationship ended, made sexual advances and unwelcome sexual contact. ~~I reported the issue to Human Resources~~ however, no action was taken. On June 10, 2009, I was discharged.

S.C.

## RESPONDENT'S REASON FOR ADVERSE ACTION:

No reason given.

## DISCRIMINATION STATEMENT:

I believe I have been discriminated against in retaliation for complaining about unjust treatment, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED 2009 SEP 24 PM 15 EEOC-TAMPA FIELD OFC

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Sep 10, 2009
Charging Party Signature: *Steve Combee*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EXHIBIT 7
Deponent STEVE COMBEE
Date 7-19-11
Initials RE