UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Steve Combee
    Plaintiff,

-against-      COMPLAINT
                  PLANTIFF DEMANDS TRIAL BY JURY

**CIRCLE -K STORES**
    Defendant

1. At all times hereinafter mentioned, plaintiff was and still is a resident of <u>Plant City, Florida.</u>

2. Defendant, **Circle K Stores**, I is a corporation incorporated under the laws of Florida and having a main office at <u>12911 North Telecom Parkway Tampa, Florida 33637</u>, and is licensed to do business in Florida.

3. The jurisdiction of this court is invoked pursuant to 28 U.S.C. 1331, and 42 U.S.C. 1983.

4. I was **wrongfully terminated** after ending a sexual relationship with my immediate supervisor. **(Renee McCorkle) (06/10/09)** My prior evaluation (03/21/08) received the highest achievable marks, but following the break-up I began to receive retaliation. **Retaliation** began in the forms of **fabricated write ups that were not signed or witnessed.** (07/18/08, 04/07/09, 06/05/09) I even wrote on the write ups, "These statements are False" and received no inquiry from the Human Resource Department. It then became a **Hostile Work Environment**, with Renee's screaming, and **unwanted** sexual contact. Renee's **discrimination** continued as she reduced my work hours, creating a financial hardship. After enduring Renee's continued harassment and conflict, I called **Janice Teeter. (Renee McCorkle's Supervisor)** Janice instructed me to take a few days off **with pay.** Circle K's Human Resource Officer **(Heather Rainey)** then met with Renee McCorkle, Janice Teeter and myself. The **Human Resource Officer** was aware of the sexual relationship and our conflicts that arose. Yet, she did not separate us, but allowed me to continue to **work under Renee's direct supervision.** I have experienced **emotional distress** of losing my financial substance, the loss of future career advancement opportunities with Circle k, and future employment potential due to a negative reference of being terminated. I was **discriminated** against, **retaliated** upon, **sexually harassed** and ignored by **Circle K** and those in position to protect my rights.

5. WHEREFORE, Plaintiff demands:
   Money damages in the amount of **$1.8 Million Dollars.**
   Any further relief which the court may deem appropriate.

Steve James Combee

3701 Hwy 92 East Apt C
Plant City, Florida 33566
(813) 754-5720
Date:01/13/2011

EXHIBIT 2
Deponent STEVE COMBEE
Date 7-19-11
Initials RE