

# EMPLOYEES AND APPLICANTS FOR EMPLOYMENT

In order to consider an individual for employment (or to consider a current employee for promotion, transfer, etc.) Tosco may verify some or all of the information provided in your application for employment. All information that may be requested from other individuals, companies or governmental agencies will be for legally authorized or mandated purposes.

Certain laws require that Tosco provide you with information regarding your rights. The Fair Credit Reporting Act (FCRA) requires Tosco to obtain your consent in order to make inquiries about you. If a decision is made not to hire you based on negative information obtained in a background check, you will be informed of that fact in writing.

Please sign in the space provided below if you agree to allow Tosco to conduct the following background checks and/or references:

- Former /Present employers
- Governmental Agencies
- Credit Bureaus
- Education Verification/Academic records
- Criminal Records
- Driver's License
- Professional Licenses
- Applicable Medical Records (if required for specific positions)

**NOTE: PLEASE ASK THE INTERVIEWER TO EXPLAIN THIS DOCUMENT IF YOU DO NOT UNDERSTAND ITS CONTENT**

Name: steve j combee       SSN: 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

Address: combee

City: plant       State: FL   Zip Code: 33565

Position Applied for: CSR

Signature: *[signed] Steve J Combee*       Date: 11/14/2007

EXHIBIT 3
Deponent STEVE COMBEE
Date 7-19-11
Initials RE