# New Employee Training Participant Guide

**GENERAL EMPLOYMENT POLICIES:**

_S C_ I understand that any and all policies can be changed at any time by the Company, which includes, but is not limited to, the right to change my hours, wages, and working conditions at any time without advance notice.

_S C_ I understand that my employment is at-will. This means that either I or the Company can terminate my employment or compensation with or without cause. No one, other than the President of the Company, has the authority to enter into any agreement, expressed or implied, for any employment for any period of time or to make any agreement other than at-will.

_S C_ I received _____ uniform(s) which I understand must be worn according to Company policy.

Employee's Signature: _____[signature]_____ Date: _11-30-07_

Trainer/Coach's Signature: _____ Date: _____

Additional training needed in the following areas: _____

_____

_____

Send this Passport into to Tempe with the employee's new hire paperwork to be filed in the employee's personnel file.

4

EXHIBIT 4
Deponent STEVE COMBEE
Date 7-19-11
Initials RE