# CIRCLE K STORES
# POLICIES AND PROCEDURES

## *SEXUAL HARASSMENT*

## ACKNOWLEDGMENT OF RECEIPT

I have read and understand the importance of the Sexual Harassment policy and agree to abide by the practices stated therein.

Combee Steve James
NAME (Please print)

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
SOCIAL SECURITY #

*[signature: Steve J Combee]*
SIGNATURE

11-20-07
DATE

# 7561
STORE NUMBER

Please sign and return to the trainer.

EXHIBIT 5
Deponent STEVE COMBEE
Date 7-19-11
Initials PE

Policy No. 4.2
Effective Date: 1/1/04

SUBJECT: Anti-Harassment
ORIGINATING DEPT.: Human Resources
APPLIES TO: All Employees

## I. POLICY

To provide all employees of Circle K Stores Inc. (the "Company") a professional work environment that is harassment-free.

## II. DEFINITIONS

A. Harassment

Harassment is defined as unwelcome conduct, whether verbal, physical, or visual, that is based upon a person's protected status, such as race, color, age, sex, national origin, religion, disability, veteran status or any other legally protected status. Harassment is further defined as conduct that affects tangible job benefits, unreasonably interferes with an individual's work performance, or creates an intimidating, hostile, or offensive working environment.

(1) The Company will actively investigate all complaints of harassment as defined above. Harassment directed at a person's protected status can be any of the following:

    a) Offensive remarks or jokes;
    b) Harassing e-mails, voice mails, or phone calls;
    c) Verbal abuse or kidding that is considered unacceptable by the targeted individual;
    d) Displaying an intimidating, hostile, or offensive attitude because of an individual's protected status;
    e) Any unwelcome verbal or physical conduct which unreasonably interferes with an individual's performance and/or reduces personal productivity or safety during work time.

B. Sexual Harassment

Sexual harassment is defined as unwelcome sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature that implicitly involves a condition of employment, creates an intimidating, hostile or offensive work environment, or interferes with an individual's work performance.

(1) The Company will actively investigate all complaints of sexual harassment. Sexual harassment can be any of the following:

    a) Lewd or suggestive remarks or jokes;
    b) Unwanted touching, hugging or kissing;
    c) Harassing e-mails, voice mails or phone calls;
    d) Verbal abuse or kidding that is sexually oriented and considered unacceptable by the targeted individual;
    e) Displaying an intimidating, hostile, or offensive attitude because of rejected sexually-oriented demands, requests, physical contacts or attentions;
    f) Any unwelcome verbal or physical conduct of a sexual nature which unreasonably interferes with an individual's performance and/or reduces personal productivity or safety during work time.

## III. MANAGEMENT RESPONSIBILITIES

A. It is the responsibility of all levels of management to ensure that all employees understand that harassment and sexual harassment (herein "harassment") will not be tolerated and that violations of this policy will result in disciplinary action, up to and including, termination of employment.

B. Immediate supervisors will ensure that all employees understand their right to a harassment-free work place.

C. Post this policy in the work place to inform employees of the procedure to follow for reporting violations.

D. Retaliation for filing a harassment complaint is prohibited and employees who report harassment incidents need not fear any retaliation as a result of the report. All complaints will be investigated and resolved promptly and confidentially.

## IV. PROCEDURE

A. Any employee harassed by another employee, customer, or vendor in the work place, shall report such harassment immediately. Employees may report the violation to their immediate supervisor, any level of management or the Human Resources department. All reports of violation of this policy to management will be investigated promptly and thoroughly and shall be treated with strict confidentiality.

B. Any level of management that is advised of an alleged violation of this policy should immediately inform the local Human Resources Director.

C. The Human Resources Director shall investigate all reports of alleged violations of policy in the following manner:

   (1) Interview the employee making the charge and all persons with knowledge of the alleged violation, obtain statements and any documents related to the charge, and document all actions of alleged wrongdoing;
   (2) Interview the employee being accused to ascertain his/her version of the events;
   (3) Forward all information related to the charge, if appropriate, to the Human Resources Attorney for review and recommendation;
   (4) Take appropriate action in accordance with the investigation findings and/or recommendation of the Human Resources Attorney;
   (5) Advise the charging party that the investigation has been completed and appropriate action has been taken;
   (6) Inform management of the actions taken to investigate and resolve the charge with specific information released only on a need-to-know basis; and
   (7) Place in the employee's personnel file, any applicable documentation regarding the resolution of the allegations, including those documenting disciplinary action.

****END