# SITE EXPECTATION FORM
## "Expectations of Employees"

Welcome to our Company. Starting a new job is an important event. We want you to feel at home and become part of our team. Our employees are important to the success of our operations. It is our goal to provide our employees with the most rewarding employment opportunity. For that reason, there are several policies and procedures that you will be asked to learn and agree to follow, as a condition of your at-will employment with the Company. All employees are expected to understand their personal role in maintaining a safe working environment and profitable business. Constant application of safe practices and common sense by each employee is necessary. We believe all accidents are preventable. This is the cornerstone of our safety effort.

Listed below are things the Company wants you to know before beginning your employment. PLEASE INITIAL EACH PARAGRAPH, acknowledging that you have had an opportunity to read and fully understand these policies and procedures, and that you agree to follow the expected behaviors.

_SC_ 1. The Company has standards to maintain a work environment that is free from hazards and unsafe working conditions in order to prevent injuries to its employees and others. For that reason, I agree to comply with the safety and health standards that apply to my own work duties and location. I understand that prevention of occupational illnesses and injuries is a responsibility that everyone must share. My safety, and that of my co-workers, customers and vendors, is of primary importance and my help in keeping our work areas safe and clean is an essential part of my job.

_SC_ 2. For my safety, and that of others, I agree not to personally confront, argue, threaten, chase or pursue persons committing crimes on store property or allow or encourage others to do so, as such behavior is extremely dangerous and could result in severe injury to myself or others.

In addition, I understand that it is the Company policy that I will work INSIDE the store during late night hours unless there is a safety emergency that requires my attention outdoors.

_SC_ 3. I understand that I am required to immediately report ALL (employees, coworkers customers and vendors) all accidents, incidents, occupations injuries or illnesses and unsafe practices or conditions to my supervisor. The Company's Five-Minute Rule must be followed without exception. Details of the Five-Minute Rule are posted in each store.

_SC_ 4. Many of the Company's policies and procedures are published on-line and can be found on the InnerCircle on the store's computer. I am encouraged to review and direct any questions I may have to my supervisor or Human Resources department. These policies and procedures are intended to prevent confusion and help promote a better understanding of our workplace.

_SC_ 5. I understand that I am an "at-will" employee and admit that no employment contract (actual or implied) has been entered into between the Company and me. Employment with the Company is not a fixed term or definite period and may be terminated with or without reason or cause at any time by either myself or the Company.

_SC_ 6. I understand no unauthorized persons, including members of my family, are allowed behind the counter or in the backroom. All visitors must have management approval to enter certain areas of Company premises. Loitering or visiting on company property with persons not customers of the Company or by off duty employees is disruptive and not allowed.

_SC_ 7. I acknowledge that certain confidential or proprietary information may come to my attention during the course of my employment with the Company. I agree that I will not use any of this information for my direct or indirect personal gain or benefit or that of any third party, which conflicts or injures the interest of the Company and/or its affiliates. The obligation will extend beyond the term of my employment with the Company.

**EXHIBIT** 6
Deponent STEVE COMBEE
Date 7-19-11
Initials RE

_SC_ 8. It is important for my safety and that of others that NO weapons (even those who possess a license to carry a concealed weapon) or dangerous objects are brought into the work area or on company property at any time. Bringing a weapon on Company property could result in my immediate termination.

_SC_ 9. As an employee, I understand that as a condition of my employment, I must follow the Company's Code of Business Conduct and Ethics policy (4.3), which is available on-line (Inner Circle) and accessible in our stores. I can also get additional information by contacting my supervisor or Human Resources Representative.

Further, I confirm that I have been informed by my supervisor of the Code of Ethics that applies to Couche-Tard/Circle K employees and understand that if it is posted in the backroom of the store.

_SC_ 10. I understand that I am expected to report any inappropriate, suspicious or unethical behavior to a member of management. If I have a problem or learn that a violation of company policies or law has occurred, I must contact my supervisor and/or the Human Resources Representative.

_SC_ 11. It is important that we treat one another with mutual respect and welcome cultural diversity and physical differences. I understand that threatening, intimidating, harassing or coercing any employee or supervisor, using physical force or using profane, abusive, vulgar or insulting remarks to or about another employee or supervisor is considered by the Company as unacceptable behavior and may result in disciplinary action, up to and including termination.

_SC_ 12. I am encouraged to contact management any time my working conditions become so unpleasant or intolerable that I believe my only alternative is to resign from my position. I understand that the Company wants to know about any complaints or concerns that others, or I may have. These issues may be brought to the attention of my immediate supervisor, the Human Resource Manager, or any other member of management. This "Open Door" policy is the Company's way to allow employees to have their complaints heard and investigated thoroughly and confidentially, without fear or risk of retaliation. To reach this goal in bringing problems "out in the open" and to reach a fair solution as quickly as possible, I agree to:

> my concern. As an alternative, I will contact the next level supervisor, Human Resources or the local EthicsLine, the telephone number is posted in every store.

- If the problem continues to exist, I will contact the next level supervisor to assist in bringing about a resolution such as the Market Manager, Retail Operations Director, Region Human Resources Director, Human Resources Manager or Region Vice-President may investigate the matter.

- If I do not inform someone that a problem exists (or has not been corrected), the Company assumes that I am satisfied with my working conditions.

_SC_ 13. There may be instances when I am asked to assist in an investigation that is being conducted on behalf of the Company. As an employee, I agree that I will fully cooperate and provide whatever facts I know regarding the investigation. Also, I agree that I will keep all information learned or asked during the investigation confidential. Any disclosure by me of the existence or facts of the investigation to anyone other than those conducting the inquiry, may cause my termination of employment.

_SC_ 14. As an employee of the Company and the person who handles the site's cash and inventory, I am expected to be careful and accurate with both while on duty. I will be trained how to do this before I begin working at a site and be given additional guidance during my shift as needed. When I am careless (negligent) in handling the site's money or merchandise, I may receive a reprimand up to and including suspension or termination.

_SC_ 15. Borrowing money from company funds, embezzlement, IOU's or personal checks with non-sufficient funds is cause for immediate termination.

SC 16. There may be times when I am asked to provide information about a current or former employee (home address or phone, reason for leaving the Company, wages, etc.) I understand that such confidential information cannot be given by me. Instead I will tell the person asking for the information that he or she should contact the Human Resources Department at 1-888-HR-SOLVE (1-888-477-6583). There can be no exception to this policy.

Likewise, if someone from the media calls or visits my area, I will tell him/her that I cannot provide answers, that media responses are handled by our Region Office. Direct any media requests to your local Public Relations Representative, Human Resource Director, Market Manager or Retail Operations Director. If legal documents (from a government agency or court) should be received at the store, I agree to contact my supervisor or Human Resources Department immediately.

SC 17. To project a positive image to our customers, I am expected to follow basic rules of good grooming and personal cleanliness. My personal clothing can be comfortable, but should be the type that shows I am a professional businessperson. I will be provided with a shirt and a name badge that I agree to wear at all times while on duty. Also, my appearance is improved 100% by smiling. Being courteous, friendly and attentive to our customers is an important part of my job. A positive attitude is essential.

SC 18. I agree to follow the Business Unit's established dress code.

SC 19. So long as it is not inconsistent with local, state and/or federal law, I understand smoking is permitted in designated areas only and not behind the counter or at the front door.

SC 20. Company policy prohibits employees from being at work under the influence of alcohol or unauthorized, unprescribed, prohibited, illegal or controlled substances, and from having certain detectable levels of such substances present in their system. I acknowledge that company policy also provides that employees may not, while on duty, consume, use, manufacture, dispense, possess, distribute, promote, provide, purchase, sell, transport, conceal, transfer or store such substances and/or substance-related paraphernalia. I understand and agree that the Company reserves the right to require that I submit to a drug/alcohol test upon request.

SC 21. I acknowledge that gambling, including but not limited to, playing Lottery/Lotto or "scratch off" tickets while on duty or on Company property is strictly prohibited.

SC 22. To keep our sites properly staffed and running smoothly, the Company expects me to arrive to work as scheduled and on time. It is my responsibility to contact my immediate supervisor on those occasions when I expect to be late or absent. Poor attendance and chronic tardiness disrupts the efficiency of the site. I understand that good attendance is an essential function of my job, and that failure to report to work on a timely basis may result in disciplinary action up to and including termination.

If I do not report to work or personally contact my supervisor for more than 3 days (within 72 hours), I will be considered to have voluntarily resigned from my employment with the Company.

SC 23. All computer and telephone systems (E-mail, Internet, Voice-Mail, fax machines, computer files or other information storage systems, etc.) are intended for the Company business use. Incidental/ infrequent personal use is acceptable provided it does not interfere with my job duties. I understand that I should not expect privacy or ownership with regard to any Company equipment/systems and that information on these systems may be retrieved by authorized management, with or without my knowledge, consent or advance notification.

SC 24. At no time should personal phone calls, text messaging, blogging, use of radios, portable televisions, iPods R , etc. interfere with providing excellent customer service and/or completing assigned tasks. If this occurs, disiplinary action up to and including termination could result.

SC 25. I agree not to solicit or sell items not related to the business of the Company while on the job. Further, I agree not to work for another company whose business conflicts with the interests of the Company unless I inform and receive prior approval from my supervisor.

_SC_ 26. The Federal Fair Labor Standards Act (FLSA) requires each hourly (non-exempt) employee to be paid for all hours he/she actually works. In addition, any non-exempt/hourly employees will be paid overtime for all hours worked in excess of forty (40) hours per week, unless specified differently by state law. If I am a non-exempt/hourly employee and someone asks me to work and not record my time, I must contact my local Human Resources Department immediately.

_SC_ 27. Certain laws dictate how the Company must run its business. As its employee, I am expected to follow those laws. Employment-related laws such as the Americans with Disabilities Act (ADA), Equal Employment Opportunity (Title VII), Civil Rights Act, the Family and Medical Leave Act (FMLA), Fair Labor Standard Act (FLSA), Health Insurance Portability & Accountability Act (HIPAA) and the Fair Credit Reporting Act (FCRA) must be strictly followed. I understand that the Company will provide training regarding these laws.

_SC_ 28. Under certain circumstances, termination may result if I am convicted of a felony or serious misdemeanor during my employment with the Company, or in the event I failed to disclose an earlier conviction when hired. I agree that background verification can be updated at any time by the Company.

_SC_ 29. I understand it is against the Company policy, as well as the law, to file false claims (Workers' Compensation, Wage and Hour, Equal Employment Opportunity Commission/EEOC, etc.) against the Company or other individuals.

_SC_ 30. I may be eligible to take a Leave of Absence if certain situations arise. There are documents that must be completed before a Leave of Absence will be granted. It is my responsibility to ask my supervisor or local Human Resources Department for the neccessary forms should a Leave of Absence become necessary. It is also my responsibility to return the completed documents in a timely manner and as required by law.

_SC_ 31. I agree to become familiar with the policies that the Company considers important to the efficient operations of its business. In the event a violation occurs or poor performance exists, I understand that I may receive a counseling notice that describes the problem and ways to correct or improve the behavior.

_SC_ 32. I further understand that the above listed expectations are examples of conduct I agree to follow, and consider other behavior, inconsistent with these general guidelines, may also be cause for disciplinary action, up to and including, termination.

ALL OF THE ABOVE HAS BEEN READ AND UNDERSTOOD BY ME. IF I DO NOT UNDERSTAND ANYTHING IN THIS FORM OR OTHER TRAINING MATERIALS, I AGREE TO ASK FOR FURTHER INFORMATION FROM MY SUPERVISOR, TRAINER OR OTHER MANAGEMENT PERSONNEL. IF I DO NOT ASK, IT WILL BE ASSUMED THAT I KNOW WHAT IS EXPECTED OF ME. ALSO, I ACKNOWLEDGE THAT I HAVE BEEN GIVEN ENOUGH TIME TO FULLY READ AND UNDERSTAND THIS DOCUMENT.

STEVE J Combee
Employee's Name (Print)

11-14-07
Date

Employee's Signature

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
Social Security Number

*Revised: 11/17/2006*