

# Counseling Notice

Version: 1.5
Location: 07561

Employee Last Name: COMBEE  First: STEVE  Middle: J

Date Prepared: 06/20/2008  Date of Hire: 11/20/2007

Number of Counseling Notices in the past 12 months  1

Date:  Reason for Notice:

02/12/2008  EXCESSIVE TARDINESS / ABSETEEISM

Reason for Notice:  ◯ Verbal  ◉ Written
29 Failure to follow cash drawer standards [monies exceed authorized amount]

Description of Occurence:
the 18th of june Steve had to much money in his drawer even after i the manager gave plenty of notice and warned him about the drop procudures

Dollar Amount: $  0.00

Circle K believes that all employees should be made aware when their job performance does not meet the Company's expectations. This notice is being given now to bring your attention to the area (s) that are negatively affecting your job performance. To avoid a situation requiring further disciplinary action, immediate improvement of the item (s) listed should be made.

Corrective Action Needed:
to follow drop procudures and to insure saftey above all. if this happens again or in excess of this can or will be termed

Completed By: MCCORKLE  RENEE  M

Approved By:

Employee Comments: _____

Employee Signature: [signature]

EXHIBIT 8
Deponent STEVE COMBEE
Date 7-19-11
Initials RC