

# Counseling Notice

Version: 1.5
Location: 07561

Employee Last Name: COMBEE   First: STEVE   795654   Middle: J

Date Prepared: 06/20/2008   Date of Hire: 11/20/2007   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

Number of Counseling Notices in the past 12 months 1

| Date: | Reason for Notice: |
|---|---|
| 02/12/2008 | EXCESSIVE TARDINESS / ABSETEEISM |

Reason for Notice:   ○ Verbal   ◉ Written
45 Excessive tardiness / Absenteeism

Description of Occurence:
n mAY 30TH steve called out on a weekend after several ina row it is not acceptable

Dollar Amount: $ 0.00

Circle K believes that all employees should be made aware when their job performance does not meet the Company's expectations. This notice is being given now to bring your attention to the area (s) that are negatively affecting your job performance. To avoid a situation requiring further disciplinary action, immediate improvement of the item (s) listed should be made.

Corrective Action Needed:
if this happens again suspension and or termination will follow

Completed By: MCCORKLE   RENEE   M

Approved By: _____

Employee Comments: _____

Employee Signature: *[signed]*

EXHIBIT 9
Deponent STEVE COMBEE
Date 7-19-11
Initials RE