

# Counseling Notice

Version: 1.5
Location: 07561

*172037*

| | | |
|---|---|---|
| Employee Last Name: COMBEE | First: STEVE | Middle: J |

Date Prepared: 07/03/2008       Date of Hire: 11/20/2007

Number of Counseling Notices in the past 12 months   4

Date:          Reason for Notice:

06/23/2008   UNSATISFACTORY CUSTOMER SERVICE

02/12/2008   EXCESSIVE TARDINESS / ABSETEEISM

Reason for Notice:                              ⦿ Verbal      ◯ Written

20 Unsatisfactory customer service

Description of Occurence:

n June the 29 th at 10:05 customer complained about having to wait 11 minutes for someone to check her out . al came in at 10:05 told Steve she had to go to the bathroom before he left .as soon as she went to the bathroom steve left leaving people in line . val came out at 10:13 and there was a long line of people waitting.

Dollar Amount: S            0.00

Circle K believes that all employees should be made aware when their job performance does not meet the Company's expectations. This notice is being given now to bring your attention to the area (s) that are negatively affecting your job performance. To avoid a situation requiring further disciplinary action, immediate improvement of the item (s) listed should be made.

Corrective Action Needed:

talked to him about leaving before someone can tate over for hm

Completed By: MCCORKLE          RENEE                    M

Approved By:

Employee Comments: _____

_____

Steve Combee refused to sign, per Sharon Pelo

Employee Signature:        **EXHIBIT** 10

Deponent STEVE COMBEE
Date 7-19-11
Initials RE

| Store_Cost | Comments |
|---|---|
| ($82.10) | |

Employee
Refused to
Sign

D

| Env # | Amount | Env # | Amount | Env # | Amount | | Amount |
|---|---|---|---|---|---|---|---|
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |
| | $ | | $ | | $ | | $ |

## MANDATORY CARTON COUNT

| Beginning Carton Count | | Ending Carton Count | |
|---|---|---|---|
| | | | |
| Section 2 | | Section 2 | |
| Section 3 | | Section 3 | |
| Section 4 | | Section 4 | |
| Section 5 | | Section 5 | |
| Section 6 | | Section 6 | |
| Section 7 | | Section 7 | |
| Section 8 | | Section 8 | |
| Section 9 | | Section 9 | |
| Section 10 | | Section 10 | |
| Section 11 | | Section 11 | |
| Section 12 | | Section 12 | |
| Section 13 | | Section 13 | |
| Section 14 | | Section 14 | |
| MISC | | MISC | |
| TOTAL | | TOTAL | |

**Total Deposit** $

| CIGARETTE RECON | |
|---|---|
| | Total Ending |
| | +/- Purchases |
| | - Beginning Total |
| | = Actual |
| | Reg Summary |
| | Difference |

| CARTON CALCULATION | |
|---|---|
| | Beginning Count |
| | - Cartons Sold |
| | - Cartons Opened |
| | + Cartons Rcvd |
| | - 10 Sold as Cart |
| | = = To Account For |

| | # OPEN DRAWERS | Cancels | | Refunds | | Suspended Sales | |
|---|---|---|---|---|---|---|---|
| | | Number | $ Amount | Number | $ Amount | Number | $ Amount |
| CSR Actual | | | | | | | |
| MGR Cash Summary | | | | | | | |

| MONEY RECONCILIATION BY SHIFT | | |
|---|---|---|
| QUANTITY | VALUE | TOTAL |
| | X 1 | |
| | X 5 | |
| | X 10 | |
| | X 20 | |
| | X 50 | |
| | X 100 | |
| | CHANGE | |
| | CHECKS | |

| Load Safe $ | | | | From Safe $ | | | |
|---|---|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ | $ | $ |
| $ | $ | $ | $ | $ | $ | $ | $ |
| $ | $ | $ | $ | $ | $ | $ | $ |
| $ | $ | $ | $ | $ | $ | $ | $ |
| $ | $ | $ | $ | $ | $ | $ | $ |
| $ | $ | $ | $ | $ | $ | $ | $ |
| $ | $ | $ | $ | $ | $ | $ | $ |
| $ | $ | $ | $ | $ | $ | $ | $ |
| $ | $ | $ | $ | $ | $ | $ | $ |