

# Counseling Notice

Version: 1.5
Location: 07561

195654

Employee Last Name: COMBEE   First: STEVE   Middle: J

Date Prepared: 12/13/2008   Date of Hire: 11/20/2007

Number of Counseling Notices in the past 12 months  5

| Date: | Reason for Notice: |
|---|---|
| 07/06/2008 | UNSATISFACTORY CUSTOMER SERVICE |
| 06/23/2008 | UNSATISFACTORY CUSTOMER SERVICE |
| 02/12/2008 | EXCESSIVE TARDINESS / ABSETEEISM |

Reason for Notice:   ○ Verbal   ◉ Written

20 Unsatisfactory customer service

Description of Occurence:

12 11 2008 steve worked the 10p-6a schedule and did not do his shift paperwork completely, and his duties ere not complete. Employee stated to employee that he did not know how to do the end of day, or that he did not know how to cook the food.

Dollar Amount: $   0.00

Circle K believes that all employees should be made aware when their job performance does not meet the Company's expectations. This notice is being given now to bring your attention to the area (s) that are negatively affecting your job performance. To avoid a situation requiring further disciplinary action, immediate improvement of the item (s) listed should be made.

Corrective Action Needed:

going forward Steve has been here over a year and has been cooking on 1st 2nd and third shift and has done this for a year. He has been shown and taught. Going forward he is expected to do his duties and his paperwork. IF this continues then his position will be terminated for failure to do his job that is expected.

Completed By: MCCORKLE   RENEE   M

Approved By:

Employee Comments: _____

Employee Signature: *Steve Combee* (signature)

EXHIBIT 11
Deponent STEVE COMBEE
Date 7-19-11
Initials RE