

# Counseling Notice

Version: 1.5
Location: 07561

Employee Last Name: COMBEE   First: STEVE   Middle: J

Date Prepared: 02/06/2009   Date of Hire: 11/20/2007

Number of Counseling Notices in the past 12 months: 7

| Date: | Reason for Notice: |
|---|---|
| 12/15/2008 | UNSATISFACTORY CUSTOMER SERVICE |
| 07/06/2008 | UNSATISFACTORY CUSTOMER SERVICE |
| 06/23/2008 | UNSATISFACTORY CUSTOMER SERVICE |

Reason for Notice:   ○ Verbal   ◉ Written
31 Failure to follow cash handling procedures

Description of Occurence:
feburary 5th Steve and the other cashier on duty did a improper shift change resulting in a 75 shortage for the ore

Dollar Amount: $ 75.00

Circle K believes that all employees should be made aware when their job performance does not meet the Company's expectations. This notice is being given now to bring your attention to the area (s) that are negatively affecting your job performance. To avoid a situation requiring further disciplinary action, immediate improvement of the item (s) listed should be made.

Corrective Action Needed:
follow company procudure and shift change properly

Completed By: MCCORKLE   RENEE   M

Approved By:

Employee Comments: shifted like I always done shift change when asked acting mgr how did I shift wrong she had no responce but that we were 75.00 short. associate from other store was not made aware that lotto & scratch off's should not be sold while shifting I feel this is a training issue not a discipline issue

Employee Signature: Steve Combee

Thank you,

EXHIBIT 12
Deponent STEVE COMBEE
Date 7-19-11
Initials RE