

# Counseling Notice

795634

Version: 1.5
Location: 07561

Employee Last Name: COMBEE    First: STEVE    Middle: J

Date Prepared: 04/07/2009    Date of Hire: 11/20/2007

Number of Counseling Notices in the past 12 months: 6

| Date: | Reason for Notice: |
|---|---|
| 12/15/2008 | UNSATISFACTORY CUSTOMER SERVICE |
| 07/06/2008 | UNSATISFACTORY CUSTOMER SERVICE |
| 06/23/2008 | UNSATISFACTORY CUSTOMER SERVICE |

○ Verbal   ⊙ Written

**Reason for Notice:**
22 Insubordination / Failure to follow direction or assist in an internal investigation

**Description of Occurence:**
on the am of April 1,2009 Said employee was giving verbal and written list of what he had to do. Steve was very verbal and loud even saying things out front the building infront of customers. Steve was throwing things and even called the store and was very nasty to the manager, myself

**Dollar Amount:** $ 0.00

Circle K believes that all employees should be made aware when their job performance does not meet the Company's expectations. This notice is being given now to bring your attention to the area (s) that are negatively affecting your job performance. To avoid a situation requiring further disciplinary action, immediate improvement of the item (s) listed should be made.

**Corrective Action Needed:**
going forward Steve has a clear understanding of this behavior is unacceptable! and will not be tolerated. If this behavior happens Steve can and will be terminated.

Completed By: MCCORKLE    RENEE    M

Approved By:

Employee Comments: THESE STATMENTS ARE FALSE

EXHIBIT 13
Deponent STEVE COMBEE
Date 7-19-11
Initials RE

Employee Signature: *Steve J Combee*

From: 07557
Sent: Wednesday, March 25, 2009 2:23 PM
To: Teeter, Janice; 05072:; 07202:; 07358:; 07550; 07556; 07559; 07561; 07563; 08619:
Subject: New lotto coupons

Please let your staff know that they are to scan the barcode on the coupon under the lotto machine. Then it is handled as a lotto winner on the register online for the mega money and fantasy five and scratch for the scratch lotto. They are then to ring up all ticket because the lotto winner takes off for the free item they received.

When doing the paper work the next morning the amount will show up on the lotto pays under coupon pays. It is to be keyed under misc paid outs in the shift and add together in the lottery menu.

Call me if you have problems

Carrie

Store #07557
Circle K Stores, Inc.

*[Handwritten notes:]*
2.63
5.13
88.91

2.09
2.19
2.24
2.39

---

*[Handwritten list, rotated:]*

Bathrooms Cleaned
Parking lot a Mess
Breakfast Sand - Out & Done
Garbage - Out & Done
Nacho Machine - a Mess Not done
Change grills Paper - Filled
Diamond Bleach
Microwaves Cleaned - Dirt done
Beer cave Glasses on floor
Crates Don't Do
4-1-09
Bad End of Day
Gas Steaked +
Tag 161 Ass-Mgr. didn't walk told at 1:20 am to Clean

# Shift Duties

| Date | 4/5 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Friday | | Saturday | | Sunday | | Monday | | Tuesday | | Wednesday | | Thursday | |
| | Assigned | Int | Assigned | Int | Assigned | Int | Assigned | Int | Assigned | Int | Assigned | Int | Assigned | Int |
| Clean Front Door Windows | | SC | | | | | | | | | | | | |
| Empty Inside Trash | | SC | | | | | | | | | | | | |
| Fill Mop Bucket w/fresh water | | SC | | | | | | | | | | | | |
| Spot Sweep As Needed | | SC | | | | | | | | | | | | |
| Spot Mop As Needed | | SC | | | | | | | | | | | | |
| Fresh Coffee Every 30 Minutes | | SC | | | | | | | | | | | | |
| Stock Dairy | | SC | | | | | | | | | | | | |
| Stock Beer | | SC | | | | | | | | | | | | |
| Stock Soda | | SC | | | | | | | | | | | | |
| Empty Outside Trash | | SC | | | | | | | | | | | | |
| Stock Washer Fluid/Towels | | SC | | | | | | | | | | | | |
| Hose Down Driveway/Lot | | | | | | | | | | | | | | |
| Clean Pumps | | SC | | | | | | | | | | | | |
| Check Restrooms For cleanliness | | SC | | | | | | | | | | | | |
| Clean Coffee Bar As Needed | | SC | | | | | | | | | | | | |
| Clean Sales Counter As Needed | | SC | | | | | | | | | | | | |
| Clean Beverage Area | | | | | | | | | | | | | | |
| Clean Coffee Pots | | SC | | | | | | | | | | | | |
| Clean Windows Inside | | SC | | | | | | | | | | | | |
| Clean Windows Outside | | SC | | | | | | | | | | | | |
| Clean Ice Merchandiser | | | | | | | | | | | | | | |
| Front/Face Soda | | SC | | | | | | | | | | | | |
| Front/Face Beer & Wine | | SC | | | | | | | | | | | | |
| Front/Face Juice & Water | | SC | | | | | | | | | | | | |
| Stock Cooler | | SC | | | | | | | | | | | | |
| Front/Face Magazines | | | | | | | | | | | | | | |
| Front/Face Grocery/Medicine Isles | | | | | | | | | | | | | | |
| Stock Hot Dog Buns | | SC | | | | | | | | | | | | |
| Stock Hot Dogs As Needed | | SC | | | | | | | | | | | | |
| Stock Fountain Cups/Lids/Straws | | | | | | | | | | | | | | |
| Stock Icee Cups/Lids/Straws | | | | | | | | | | | | | | |
| Stock Coffee Cups/Lids/Stirrers | | | | | | | | | | | | | | |
| Stock Sugar/Creamer Packets | | | | | | | | | | | | | | |
| Stocks Coffee Cups Below Counter | | | | | | | | | | | | | | |



# Each Shift Duties

Sunday

| Date | 2-13-09 | 3-23-09 | 3-25 | 3-29 | | |
|---|---|---|---|---|---|---|
| Description | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday |
| | Assigned / Int | Assigned / Int | Assigned / Int | Assigned / Int | Assigned / Int | Assigned / Int | Assigned / Int |
| Clean Front Door Windows | | | SC | | | | |
| Clean Restrooms | | | SC | | | SP | |
| Clean Pay Phones | | | SC | | | | |
| Empty Inside Trash | | | DM | | | | |
| Fill Mop Bucket w/fresh water | | | SC | | SC | | SC |
| Spot Sweep Several Times A Shift | | | SC | | SC | | SC |
| Spot Mop Several Times A Shift | | | SC | | SC | | |
| Clean Lot | | | SC | | | | |
| Clean Pumps | | | SC | | | | |
| Empty Outside Trash | | | SC | SC | SC | SC | |
| Stock Washer Fluid/Towels | | | SC | SC | SC | | |
| Fresh Coffee Every 30 Minutes | | | SC | | SC | | SC |
| Check Restrooms for Cleanliness | | | SC | | SP | | SC |
| Clean Microwave | | | | | SC | | SC |
| Clean Icee Machine | | | DM | | SC | | SC |
| Clean Beverage Area | | | DM | | SC | | SC |
| Clean Condiment Center | | | | | SC | | |
| Clean Coffee Bar | | | | SC | SC | | SC |
| Clean Sales Counter | | SC | | SC | W | | |
| Front/Face Dairy Case | | | SC | SC | CP | | |
| Front/Face Grocery Shelves | | | | | NR | SC | |
| Front/Face Bakery | | | | | NR | SC | |
| Front/Face Magazines | | | SC | SC | NR | SC | |
| Front/Face Beer & Wine | | | SC | SC | NR | SC | |
| Front/Face Soda | | | SC | SC | OF | SC | |
| Front/Face Juice & Water | | | SC | SC | SC | SC | |
| Stock Hot Dog Buns | | | DM | SC | SC | SC | |
| Stock Hot Dogs As Needed | | | SC | SC | SC | SC | |
| Stock Fountain Cups/Lids/Straws | | | DM | | SC | ✓ | |
| Stock BIB's As Needed | | | DM | SC | SC | SC | |
| Stock Coffee Cups/Lids/Stirrers | | | DM | SC | SC | ✓ | |
| Stock Creamer Machine | | | DM | | SC | SC | |
| Stock Sugar/Creamer Packets | | | | SC | SC | ✓ | |
| Fill Cappuccino Machine | | | DM | SC | SC | SC | |
| Fill Steve's Chillers | | | | | ✓ | | |



